**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **RAVEN RIDGEWAY,**    )<br>     **Plaintiff,**    )<br>    )<br>**v.**    )<br>    )<br>**ANDREW M. SAUL,**    )<br>*Commissioner of Social Security,*    )<br>     **Defendant.**    ) | **CIVIL ACTION NO. 1:19-00859-N** |

**JUDGMENT**

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Raven Ridgeway and against the Defendant Commissioner of Social Security, in accordance with the Memorandum Opinion and Order entered on this date reversing the Commissioner's final decision denying Ridgeway's applications for Social Security benefits and remanding for further proceedings under sentence four of 42 U.S.C. § 405(g).

**DONE** this the 29th day of March 2021.

/s/ *Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**